UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANAND VIHAR LLC,

　　Plaintiff/Counter Defendant,

vs.　　　　　　　　　　　　　　　　　　　　Case No. 8:16-cv-841-T-27TBM

THE EVANS GROUP INCORPORATED,

　　Defendant/Counter Claimant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Motion in Limine (Dkt. 65), which Plaintiff opposes (Dkt. 71).

### 1. Evidence of Unrelated Copyright Dispute: The Ponce Action

Defendant's motion to exclude evidence of the Ponce Action is provisionally GRANTED. *See Alcatel USA, Inc. v. DGI Techs., Inc.*, 166 F.3d 772, 792-93, 792 (5th Cir. 1999); *Practice Mgmt. Info. Corp. v. Am. Med. Ass'n*, 121 F.3d 516, 520 n.9 (9th Cir. 1997), *amended*, 133 F.3d 1140 (9th Cir. 1998); *Lasercomb Am., Inc. v. Reynolds*, 911 F.2d 970, 972 (4th Cir. 1990); *United Tel. Co. of Missouri v. Johnson Pub. Co.*, 855 F.2d 604, 610-11 (8th Cir. 1988). Plaintiff shall not mention in the presence of the jury or attempt to introduce any testimony about the Ponce Action without first approaching the bench and obtaining a ruling on the admissibility of such evidence.

### 2. Evidence of Unrelated Legal Disputes: Lender Cases

Defendant's motion to exclude evidence of unrelated legal disputes is provisionally GRANTED. Plaintiff shall not mention in the presence of the jury or attempt to introduce any testimony about unrelated legal disputes without first approaching the bench and obtaining a ruling on the admissibility of such evidence.

### 3. Evidence of Evans Group's Tax Returns from 2013-2015

Defendant's motion to exclude evidence of its tax returns from 2013-2015 is provisionally GRANTED. Plaintiff shall not mention in the presence of the jury or attempt to introduce any testimony about Defendant's tax returns from 2013-2015 without first approaching the bench and obtaining a ruling on the admissibility of such evidence.

### 4. Evidence of Anand's Post-Discovery Plans

Defendant's motion to exclude evidence of Anand's post-discovery plans is provisionally GRANTED. Plaintiff shall not mention in the presence of the jury or attempt to introduce any testimony about the post-discovery plans without first approaching the bench and obtaining a ruling on the admissibility of such evidence.

**DONE AND ORDERED** this 7th day of August, 2017.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record